## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

CALVIN PLUMMER,

    Plaintiff,

v.                                    Case No.: 8:17-cv-00961-RAL-AEP

COMMONWEALTH FINANCIAL
SYSTEMS, INC.,

    Defendant.
_____/

### NOTICE OF PENDING SETTLEMENT

    Defendant, Commonwealth Financial Systems, Inc., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: October 11, 2017

                                                    Respectfully submitted,

                                                    */s/ Jocelyn C. Smith*
                                                    Jocelyn C. Smith, Esq.
                                                    Florida Bar No. 0036554
                                                    Dayle M. Van Hoose, Esq.
                                                    Florida Bar No. 0016277
                                                  Sessions, Fishman, Nathan & Israel, L.L.C.
                                                  3350 Buschwood Park Drive, Suite 195
                                                  Tampa, Florida 33618

        Telephone: (813) 440-5328
        Facsimile: (866) 466-3140
        jsmith@sessions.legal
        dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Commonwealth Financial Systems, Inc.*

### **CERTIFICATE OF SERVICE**

I certify that on this 11th day of October 2017, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

        Amanda J. Allen, Esq.
        William Peerce Howard, Esq.
        The Consumer Protection Firm
        210-A South MacDill Avenue
        Tampa, FL 33609

        */s/ Jocelyn C. Smith*
        Attorney